UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WILLIAMS,

    Plaintiff,

v.                                  CASE NO: 8:10-cv-452-T-33TBM

ECKERD YOUTH CHALLENGE PROGRAM,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on consideration of United States Magistrate Judge Thomas B. McCoun, III's Report and Recommendation (Doc. # 7), issued on April 27, 2010, which recommends that the Court dismiss the Complaint (Doc. #1) and deny without prejudice Plaintiff's motion to proceed *in forma pauperis* (Doc. # 2). It further recommends that the Court direct the Plaintiff to file an amended complaint consistent with the pleading requirements of the Federal Rules of Civil Procedure within twenty days of the Court's Order, failing which may result in a dismissal of the action without further notice.

Subsequent to the Report and Recommendation, but prior to this Court entering an Order on the Report and Recommendation, the Plaintiff filed an Amended Complaint as suggested in the Report and Recommendation (Doc. # 8, filed on May 5, 2010).

Accordingly, the Report and Recommendation is now moot, and the motion for leave to proceed *in forma pauperis* (Doc. # 2) is ripe for a second review by the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Thomas B. McCoun, III's Report and Recommendation (Doc. # 7) is **MOOT.**
2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) shall remain pending as a motion for the Magistrate Judge's consideration.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>28th</u> day of June, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties and Counsel of Record

2