UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WILLIAMS,

    Plaintiff,

v.                        CASE NO:  8:10-cv-452-T-33TBM

ECKERD YOUTH CHALLENGE PROGRAM,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on consideration of Plaintiff's Motion for Leave to Appeal In Forma Pauperis/Motion to Compel (Doc. # 32). Defendant filed a Response in opposition thereto (Doc. # 33).

**I. Background**

On November 12, 2010, this Court entered an Order (Doc. # 29) granting Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint and ordering that judgment be entered in favor of Defendant. In the Order, the Court held that Plaintiff's claims were time barred because they were not filed within 90 days of his receipt of the Notice of Right to Sue from the EEOC. In addition, the Court found, that even if the claims were not time barred, Plaintiff had not alleged any facts to support his claims. Judgment was entered in favor of Defendant on November 15, 2010 (Doc. # 30). Plaintiff now moves this Court for leave

to appeal in forma pauperis.

## II. Legal Standard

Pursuant to Federal Rule of Appellate Procedure 24(a), a party who seeks to proceed in forma pauperis on appeal must submit an affidavit showing his inability to pay fees and costs. However, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3)(2006).

## III. Analysis

This Court cannot find the existence of any non-frivolous or colorable issue on appeal based on Plaintiff's motion or the underlying action. The issues presented for review are baseless on their face.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff's Motion for Leave to Appeal In Forma Pauperis/Motion to Compel (Doc. # 32) is **DENIED** as the appeal is not taken in good faith.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 7th day of December, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE